■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK A. NELSON, Appellant. (Appeal No. 3.) [595 NYS2d 357] — Judgment unanimously affirmed. Same Memorandum as in *People v Nelson* ([appeal No. 1] 191 AD2d 1038 [decided herewith]). (Appeal from Judgment of Erie County Court, McCarthy, J.—Attempted Criminal Possession Weapon, 1st Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNY KIRKLAND, Appellant. (Appeal No. 1.) [595 NYS2d 704] — Judgment unanimously affirmed *(see, People v Saunders* [appeal No. 1], 190 AD2d 1092). Memorandum: Were we to review the issue whether the sentence was harsh and excessive, we would conclude that it lacks merit. (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNY KIRKLAND, Appellant. (Appeal No. 2.) [595 NYS2d 704] — Judgment unanimously affirmed *(see, People v Saunders* [appeal No. 1], 190 AD2d 1092). Same Memorandum as in *People v Kirkland* ([appeal No. 1] 191 AD2d 1039 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Attempted Robbery, 2nd Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BISHOP, Appellant. [595 NYS2d 349] —Judgment unanimously affirmed. Memorandum: Although the People intended to have defendant waive his right to appeal as a condition to the plea bargain, the record fails to establish that he voluntarily and with full appreciation of the consequences waived that right.

In light of defendant's lengthy criminal record and history of substance abuse, County Court did not abuse its discretion in sentencing defendant to one year upon his plea of guilty to petit larceny. (Appeal from Judgment of Erie County Court, LaMendola, J.—Petit Larceny.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.